ARKANSAS GAME & FISH
COMMISSION, Plaintiff–
Cross–Appellant,

v.

UNITED STATES, Defendant–
Appellant.

Nos. 2009–5121, 2009–5129.

United States Court of Appeals,
Federal Circuit.

May 29, 2013.

Julie DeWoody Greathouse, Esq., Kimberly D. Logue, Matthew Newton Miller, Perkins & Trotter, PLLC, James F. Goodhart, John P. Marks, Arkansas Game & Fish Commission, Little Rock, AR, for Plaintiff–Cross–Appellant.

Robert J. Lundman, Sambhav Nott Sankar, Esq., Department of Justice, Environment and Natural Resources Division, Washington, DC, for Defendant–Appellant.

### ORDER

The court has received briefs in this case pursuant to its January 29, 2013, Order. Oral argument will be heard before a panel of this court on Friday, September 6, 2013, at 10 a.m. Each side will be allowed 15 minutes for oral argument.

The parties shall notify the clerk no later than August 15, 2013, by ECF filing, of the name of the counsel who will present oral argument.

Randall S. ASHER, Plaintiff–Appellant,

v.

COLGATE–PALMOLIVE COMPANY,
Defendant–Appellee.

No. 2013–1043.

United States Court of Appeals,
Federal Circuit.

May 29, 2013.

William W. Cochran, II, Cochran Freund & Yong, of Fort Collins, CO and Gordon M. Hadfield, Fischer & Fischer, LLP, of Fort Collins, CO, argued for plaintiff-appellant. On the brief was Erik G. Fischer, Erik G. Fischer, P.C., of Fort Collins, CO.

David K. Callahan, Kirkland & Ellis, LLP, of Chicago, IL, argued for defendant-appellee. With him on the brief was Jared Barcenas.

Before NEWMAN, PLAGER, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**